Before STATE INDUSTRIAL BOARD, Respondent. MICHAEL PATRUNO, Respond.,

ent, v. E. W. BLISS COMPANY and Another, Appellants.— Decision reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the claimant was, at the time of the application for computation, a non-resident alien. All concur.